Barbara Mann SBN 127346
P.O. Box 6331
Albany, CA 94706
Tel: (510) 517-2543
Fax: (888) 669-5790

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORI LEV,<br>   Plaintiff,<br> vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>   Defendant. | **CIVIL NO. 09-5074 CRB**<br><br>STIPULATION |

The parties hereby stipulate and agree that due to delay in delivery of the administrative transcript that Plaintiff's time to file a Motion for Summary Judgment is extended through and including March 19, 2010.

DATED: February 22, 2010

/s/ Barbara Mann              /s/ Timothy R. Bolin
Barbara Mann,                Timothy R. Bolin,
Counsel for Plaintiff             Counsel for Defendant

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED:  February 23, 2010        _____
                             United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*