Barbara Mann SBN 127346
P.O. Box 6331
Albany, CA 94706
Tel: (510) 517-2543
Fax: (888) 669-5790

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORI LEV,<br>        Plaintiff,<br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>        Defendant. | **CIVIL NO. 09-5074 CRB**<br><br>STIPULATION |

The parties hereby stipulate and agree that due to delay in delivery of the administrative transcript that Plaintiff's time to file a Motion for Summary Judgment is extended through and including March 19, 2010.

DATED: February 22, 2010

/s/ Barbara Mann                                        /s/ Timothy R. Bolin
Barbara Mann,                                            Timothy R. Bolin,
Counsel for Plaintiff                                    Counsel for Defendant

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED:    February 23, 2010                    _____
                                                                    United States District Judge Charles R. Breyer

IT IS SO ORDERED