*E-Filed 07/30/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORI LEV,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,

      Defendant.
_____/

No. C 09-5074 RS

**JUDGMENT**

Based on the order issued herewith, granting defendant's motion for summary judgment, the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 07/30/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5074 RS
JUDGMENT